IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RODRIGUEZ JERMAINE REAVIS,**

    Plaintiff,

v.                                                                   Civil Action No. **3:22CV819**

**TRAVIS BROWN,** *et al.*,

    Defendants.

### MEMORANDUM OPINION

    By Memorandum Order entered on February 15, 2023, the Court conditionally docketed Plaintiff's action. On February 27, 2023, the United States Postal Service returned the February 15, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," and "INMATE NO LONGER AT MEHERRIN RIVER REGIONAL JAIL." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                                    /s/
                                                              Roderick C. Young
Date: March 7, 2023                                       United States District Judge
Richmond, Virginia